**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

COREY RAY POE,
ADC #135995                                                                              PLAINTIFF

v.                                        5:11-cv-00019-DPM-JTK

KAY HOWELL, et al.                                                               DEFENDANTS

**<u>ORDER</u>**

By Order dated February 14, 2011 (Doc. No. 3), this Court granted Plaintiff's application

to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983.  However, finding

Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is

frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an

Amended Complaint within 30 days.  The Court also cautioned Plaintiff that an Amended Complaint

would render the Original Complaint without legal effect, and would take the place of his Original

Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 11).   Having reviewed

the Amended Complaint, it now appears to the Court that service is appropriate for Defendants.

Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants.  The Clerk

of the Court shall prepare summons for the Defendants and the United States Marshal is hereby

directed to serve a copy of the Amended Complaint (Doc. No. 11) and summons on Defendants Kay

Howell and Wendy Kelley in care of the Arkansas Board of Correction and Community Punishment

Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and

costs or security therefore.   The United States Marshall is directed to serve a copy of the Amended

Complaint (Doc. No. 11) and summons on the Defendants J. Savoy and Dr. Barnes in care of

Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of

fees and costs or security therefore.

      IT IS FURTHER ORDERED that Defendants shall file a Response to Plaintiff's Motion for

Temporary Restraining Order, which this Court construes as a Motion for Preliminary Injunctive

Relief (Doc. No. 12), within fifteen days of service.

      IT IS SO ORDERED this 14th day of March, 2011.


                                   _____

                                   JEROME T. KEARNEY
                                   UNITED STATES MAGISTRATE JUDGE