**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

COREY RAY POE,
ADC #135995                                                                                       PLAINTIFF

v.                                     5:11-cv-00019-DPM-JTK

KAY HOWELL, et al.                                                                          DEFENDANTS

## ORDER

Defendants shall file responses to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 12), which this Court construes as a Motion for Preliminary Injunctive Relief, within fifteen days of the date of this Order.

IT IS SO ORDERED this 5th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE