IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY RAY POE
ADC# 135995                                                              PLAINTIFF

v.                    Case No. 5:11-cv-19-DPM-JTK

KAY HOWELL, WENDY KELLEY,
J. SAVOY, and BARNES                                                 DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 37*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Poe's motion for a temporary restraining order and preliminary injunction, *Document No. 12*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2011