**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

COREY RAY POE,                                                                               PLAINTIFF
ADC #135995

v.                                          5:11-cv-00019-DPM-JTK

KAY HOWELL, et al.                                                                      DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motions for Summary Judgment (Doc.

Nos. 46, 49).   As of this date, Plaintiff has not filed a response to the Motions.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motions

for Summary Judgment within ten (10) days of the date of this Order.   Failure to respond to this

Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure

to prosecute.   See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 17th day of January,  2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE