IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREY RAY POE,**                                                                    **PLAINTIFF**
**ADC #135995**

v.                                       5:11-cv-19-DPM

**KAY HOWELL, Warden, Randall L. Williams**
**Correctional Facility; WENDY KELLEY, Deputy**
**Director, Arkansas Department of Correction;**
**MS. J. SAVOY, Correctional Medical Services;**
**and DR. BARNES, Correctional Medical Services**           **DEFENDANTS**

## JUDGMENT

Corey Ray Poe's complaint is dismissed without prejudice. Local Rule 5.5(c)(2).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2012