IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREY RAY POE,**                                                    PLAINTIFF
**ADC #135995**

v.                          5:11-cv-19-DPM

KAY HOWELL, Warden, Randall L. Williams
Correctional Facility; WENDY KELLEY, Deputy
Director, Arkansas Department of Correction;
MS. J. SAVOY, Correctional Medical Services;
and DR. BARNES, Correctional Medical Services        DEFENDANTS

## JUDGMENT

Corey Ray Poe's complaint is dismissed without prejudice. Local Rule 5.5(c)(2).

*(signature)*
D.P. Marshall Jr.
United States District Judge

3 April 2012